**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   VIRGINIA HUFF,                              No. C-10-04795-DMR
12              Plaintiff,                       **ORDER VACATING CASE
                                                 MANAGEMENT CONFERENCE**
13         v.
14   STRATEGIC RECOVERY GROUP LLC,
15              Defendant.
16   _____/
17         A Case Management Conference ("CMC") is currently set in this matter for February 2,
18   2011 before the undersigned.  On January 26, 2011, Plaintiff requested entry of default.  *See* Docket
19   No. 6.  The CMC on February 2, 2011 is hereby VACATED pending the Clerk's entry of default.
20
21         IT IS SO ORDERED.
22
23   Dated:  January 26, 2011
24                                               _____
25                                               DONNA M. RYU
                                                 United States Magistrate Judge
26
27
28