UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA HUFF | No. C-10-04795-DMR |
| Plaintiff, | **ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| STRATEGIC RECOVERY GROUP, LLC; and DOES 1-100, inclusive | |
| Defendant(s). / | |

The Court has received Plaintiff's Motion for Default Judgment (Docket No. 9), and finds that the matter is appropriate for resolution without oral argument pursuant to Local Civil Rule 7-1(b). The Court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: May 6, 2011

_____
DONNA M. RYU
United States Magistrate Judge