**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

VIRGINIA HUFF

    Plaintiff,

 v.

STRATEGIC RECOVERY GROUP, LLC;

and DOES 1-100, inclusive,

    Defendants.
_____/

No. C 10-04795 DMR

**ORDER REGARDING STATUS UPDATE**

    The Court has received Plaintiff's Notice of Settlement and Notice of Withdrawal of Motion for Default Judgment. Docket Nos. 11 & 12. Plaintiff's Notice of Settlement indicates that she anticipates a settlement will be finalized within 40 days. The parties shall file a status update regarding settlement no later than **June 30, 2011**.

    IT IS SO ORDERED.

Dated: May 16, 2011

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE